03/10/2020

15-12484

Unite States Bankruptcy Court

Southern District of Florida

To whom may it concern:



U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

MAR 16 2020

FILED _____ RECEIVED _____

My name is Diana Reason I have a File~~#~~

I'll like to report my new address as: 2159 Floyd St

Sarasota Fl. 34231

My telephone number is 954 588 3996

My old address was 213 E Tarpon Blvd. Port Charlotte Fl 33952

Thank you very much,

Best regards,

Diana Reason